

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,281-01

## EX PARTE JOSE DIAZ, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. D-1-DC-98-980863-A IN THE 167TH DISTRICT COURT
## FROM TRAVIS COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion in which KEEL, J., joined. KELLER, P.J., and SLAUGHTER, J., dissented.

## O P I N I O N

Applicant pleaded guilty to a state jail felony possession of a controlled substance and was sentenced to six months in the Travis County Correctional Center. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because trial counsel failed to inform him of the Travis County drug diversion program or attempt to negotiate for Applicant's placement in the program. Applicant qualified for placement in the drug diversion program, and successful completion would have resulted in the dismissal of the charge. Applicant states that he would have

accepted placement in the diversion program if he had known about this option. Based on the record, the trial court has determined that trial counsel's performance was deficient and that, but for counsel's deficient performance, Applicant would not have accepted a plea bargain that resulted in a felony conviction.

Relief is granted. *Hill v. Lockhart*, 474 U.S. 52 (1985); *Ex parte Argent*, 393 S.W.3d 781 (Tex. Crim. App. 2013). The judgment in cause number 0980863 in the 167th District Court of Travis County is set aside, and Applicant is remanded to the custody of the Sheriff of Travis County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 7, 2024
Do not publish